AUSA: MARK LANPHER (212) 637-2399

07-568M-01   FILED

NOV 1 5 2007

CR 12 (Rev. 6/82)    **WARRANT FOR ARREST**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| **United States District Court** | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>ALIEU KEITA | DOCKET NO.<br>07 MAG 1707<br>MAGISTRATE'S CASE NO |
| WARRANT ISSUED ON THE BASIS OF:   ☐ Order of Court<br>☐ Indictment   ☐ Information   X Complaint | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>ALIEU KEITA<br>DISTRICT OF ARREST |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

PASSPORT FRAUD AND FALSE CLAIM OF U.S. CITIZENSHIP

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTIONS<br>1542 & 911 |
|---|---|---|
| | BAIL | OTHER CONDITIONS OF RELEASE |
| ORDERED BY HENRY PITMAN<br>United States | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>S/ Henry Pitman | DATE ORDERED<br>OCT 1 6 2007 |
| CLERK OF COURT<br>Southern District of New York | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>10/16/07 | NAME AND TITLE OF ~~ARRESTING~~ OFFICER<br>Reporting<br>Fitzgerald, Derrick | SIGNATURE OF ~~ARRESTING~~ OFFICER<br>Reporting |
| DATE EXECUTED<br>11/15/07 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

Approved: _____/s/ Mark Lanpher_____
MARK LANPHER
Assistant United States Attorney

Before:    _____
HONORABLE HENRY PITMAN
United States Magistrate Judge
Southern District of New York

**FILED**

NOV 15 2007

Clerk, U.S. District and
Bankruptcy Courts

07-568-M-01

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -

**07 MAG 1707**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | COMPLAINT |
| v. | : | Violation of 18 U.S.C. §§ 1542 and 911 |
| ALIEU KEITA, | : | |
| Defendant. | : | COUNTY OF OFFENSE: BRONX |

- - - - - - - - - - - - - - - - - X

STATE OF NEW YORK         ) : ss.:
SOUTHERN DISTRICT OF NEW YORK  )

     JOHN J. PIGMAN, being duly sworn, deposes and says that he is a Special Agent of the Diplomatic Security Service bureau of the United States Department of State, and charges as follows:

COUNT ONE

     1.  On or about January 25, 2006, in the Southern District of New York, ALIEU KEITA, the defendant, unlawfully, willfully, and knowingly did make a false statement in an application for passport with the intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, to wit, KEITA did falsely claim to be a United States citizen in an application for a United States passport.

     (Title 18, United States Code, Section 1542).

COUNT TWO

     2.  On or about January 25, 2006, in the Southern District of New York, ALIEU KEITA, the defendant, unlawfully, willfully, and knowingly did falsely represent himself to be a

citizen of the United States, to wit, KEITA did falsely claim to be a United States citizen in an application for a United States passport.

(Title 18, United States Code, Section 911).

The bases for my knowledge and for the foregoing charges are, in part, as follows:

3.  I am a Special Agent of the Diplomatic Security Service bureau of the United States Department of State. I have personally investigated the facts and circumstances set forth below. In the course of conducting this investigation into passport fraud, I have examined reports and records of the Department of State. I have also interviewed law enforcement officers and the relatives of ALIEU KEITA, the defendant.

4.  This affidavit is based upon my personal investigation, and is being submitted for the limited purpose of establishing probable cause. This affidavit does not include all of the facts that I have learned during my investigation. Where the contents of documents and the actions and statements of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

5.  In or about May 2007, I was informed by the National Passport Center Fraud Prevention Manager and Passport Specialist of the United States Department of State of an investigation into possible passport fraud by ALIEU KEITA, the defendant. The National Passport Center Fraud Prevention Manager and Passport Specialist provided me with records he had compiled in the course of his investigation.

6.  From a review of records maintained by the United States Department of State, I learned that on or about January 25, 2006, at the Soundview Station Post Office in Bronx, New York, ALIEU KEITA, the defendant, submitted an application (the "Application") for a United States Passport on Form DS-11.

7.  From a review of the Application, I learned that:

a.  ALIEU KEITA, the defendant, declared in the Application, under penalty of perjury, that he is a United States citizen, with a Social Security Number of

b.  As proof of United States citizenship, KEITA provided two supporting documents in connection with the Application: (1) A fraudulent birth certificate (the "Birth

- 2 -

Certificate") purportedly issued by the United States Virgin Islands stating that KEITA was born in St. Thomas on         and (2) a Louisiana drivers' license issued in KEITA's name on or about January 25, 2005.

       c. KEITA provided a mailing address in connection with the Application of Southview Station, Post Office Box 1238, Bronx, NY, 10472.

    8. From conversations and correspondence with a representative from the United States Virgin Islands Bureau of Vital Statistics, I learned the following:

       a. The Birth Certificate submitted by ALIEU KEITA, the defendant, in support of the Application is fraudulent.

       b. The United States Virgin Islands Bureau of Vital Statistics has no birth record for KEITA.

    9. From a review of records maintained by the United States Immigration and Customs Enforcement division of the United States Department of Homeland Security, I learned that ALIEU KEITA, the defendant, is a citizen of Gambia and is not a citizen of the United States.

- 3 -

WHEREFORE, deponent respectfully requests that a warrant issue for the arrest of ALIEU KEITA, the defendant, and that he be arrested and imprisoned, or bailed, as the case may be.

*JOHN J. PIGMAN*
JOHN J. PIGMAN
SPECIAL AGENT
UNITED STATES DEPARTMENT OF STATE

Sworn to before me this
____ day of October, 2007        OCT 16 2007

S/ *Henry Pitman*
HONORABLE HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

- 4 -